**2011–0046.  [State ex rel.] Green v. Ohio Adult Parole Auth.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2011–0184.  Ricks v. Trim.**
In Habeas Corpus. On petition for writ of habeas corpus of Ana Lisa Ricks. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2011–0186.  Nickelson v. Knab.**
In Habeas Corpus. On petition for writ of habeas corpus of LeShawn Nickelson. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

**2011–0194.  Young v. Bradshaw.**
In Habeas Corpus. On petition for writ of habeas corpus of Arnett L. Young. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2010–1536.  State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93275, 190 Ohio App.3d 218, 2010-Ohio-3416. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon review of the motion for admission pro hac vice of Daniel J. Lenerz for amicus curiae United States of America, it is ordered by the court that amicus curiae shall file a supplemental motion for admission pro hac vice that includes an affidavit, as required by Gov.Bar R. XII(2)(A)(6)(c), within ten days of the date of this entry.

**2010–2266.  In re G.T.B.**
Franklin App. No. 10AP–1057. On motion to dismiss. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2011–0008.  State v. Harris.**
Cuyahoga App. No. 95128, 2010-Ohio-5374. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed December 6, 2010:

"Does the failure to include a mandatory driver's license suspension in a criminal sentence render that sentence void?"

O'DONNELL, J., would hold the cause for the decision in 2010–1605, *State ex rel. Davis v. Ewers.*
PFEIFER, J., dissents.

The conflict case is *State v. Thomas,* Hamilton App. Nos. C–090716 and C–090463, 2010-Ohio-4856.

Sua sponte, cause consolidated with 2011–0010, *State v. Harris,* Cuyahoga App. No. 95128, 2010-Ohio-5374.

**2011–0121.  State v. Pinkney.**
Cuyahoga App. No. 91861, 2010-Ohio-237. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.